# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-630-G |
| | ) |
| THE SUCCESSORS OF RHONDA W. CATHEY, aka RHONDA WYNONA CATHEY-WOOD (Deceased) et al., | ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court is Plaintiff United States of America's Motion for Agreed Judgment (Doc. No. 23). The Motion represents that Defendants City of Oklahoma City, Oklahoma County Treasurer, and Board of County Commissioners of Oklahoma County have agreed to entry of the proposed foreclosure judgment. Having considered the materials submitted and for good cause shown, the Motion (Doc. No. 23) is hereby GRANTED. A separate foreclosure judgment shall be entered.

IT IS SO ORDERED this 28th day of August, 2024.

_____
CHARLES B. GOODWIN
United States District Judge